

# Amalia Rodriguez-Mendoza
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 1748
### Austin, Texas 78767

December 30, 2014


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

3rdclerksandreporters@txcourts.gov

Dear Mr. Kyle;

Re:  D-1-FM-14-004475

A clerk's record in cause number D-1-FM-14-004475, CHRISTI ANTILLEY SAUNDERS vs PAUL ROBERT SAUNDERS is due in your office on January 21, 2015.   A Request for Findings of Facts was filed October 13, 2014.

If you have any question please contact me at (512) 854-5852.


Thank you,


Elizabeth Garcia
Deputy Court Clerk,
(512) 854-5852

cc: Court file


| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |